Mary E. Burns, Respondent, v. The City of Yonkers, Appellant.— Judgment and order affirmed, with costs.—

PRATT, J.: We do not find that the facts on the present trial vary in any important particular from those shown on the previous trial, discussed in 83 Hun, 211. That case determined that the plaintiff had a right to go to the jury on the question of defendant's negligence. The verdict establishes the liability of the city. It is entirely clear that the accident resulted from the absence of a fence between the traveled road and the declivity down which the plaintiff went. In the light of the event it is easy to see that a fence should have been provided. We cannot say the jury are wrong in finding that the necessity of a fence should have been apparent before the accident. There were no errors in the admission of evidence or in the charge, and the judgment must be affirmed, with costs.

BROWN, P. J. (concurring): This action was first tried at a Circuit at which I presided, and the complaint was dismissed. Upon an appeal to a General Term composed of Justices Dykman and· Cullen, the judgment entered upon the order dismissing the complaint was reversed and a new trial ordered. Upon the second trial the plaintiff recovered a judgment from which the present appeal is taken. The court should adhere to its former decision unless the facts are essentially different from what they were on the first trial. I do not think they differ to such an extent as to make inapplicable the rule applied by the opinion of Justice Cullen (83

Hun, 211), and I, therefore, vote to affirm. Dykman, J., dissented.

In the Matter of the Accounting of John H. Smith, as Executor, etc., of John T. Smith, Deceased.— Decree affirmed, with costs to respondent, to be paid out of the estate.—